UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

25-CV-0287 (ER)

ORDER OF SERVICE

EDGARDO RAMOS, United States District Judge:

Plaintiff, who currently is incarcerated at MDC Brooklyn, brings this action *pro se*. Plaintiff asserts claims, under 42 U.S.C. §§ 1981, 1983, and 1985-86, in connection with his arrests in 2022 on charges of trespassing in an apartment, operated by the New York City Housing Authority (NYCHA), where he had resided. By order dated February 3, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.[1]

## DISCUSSION

### A.    Waivers of Service Requested

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants City of New York, Captain Moya, Lieutenant Gavin Hoop, and Police Officers Husamadin Umar and Holika Espinal waive service of summons.

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

B.   **Service on NYCHA employees**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants James Secreto, Kim Theodore, Tamika Powell, and Daniel Kiss through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for each Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

---

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this order. The Court requests that Defendants City of New York, Captain Moya, Lieutenant Gavin Hoop, Police Officer Husamadin Umar and Police Officer Holika Espinal waive service of summons.

The Clerk of Court is further instructed to issue summonses for Defendants James Secreto, Kim Theodore, Tamika Powell, and Daniel Kiss, complete the USM-285 forms with the addresses for these Defendants, and deliver to the U.S. Marshals Service all of the documents necessary to effect service.

SO ORDERED.

Dated:   September 11, 2025
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. James Secreto
   New York City Housing Authority
   90 Church Street
   New York, NY 10007

2. Kim Theodore
   New York City Housing Authority
   1200 Waters Place
   Bronx, NY 10461

3. Tamika Powell
   New York City Housing Authority
   Housing Manager, Forest Houses
   1010 Trinity Avenue
   Bronx, NY 10456

4. Daniel Kiss
   New York City Housing Authority
   Superintendent, Forest Houses
   1010 Trinity Avenue
   Bronx, NY 10456