UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

                Plaintiff,

– against –

CITY OF NEW YORK, CAPTAIN MOTA, LT. GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O. HOLIKA ESPINAL, TAMIKA POWELL, DANIEL KISS, KIM THEODORE, and JAMES SECRETO,

                Defendants.

**ORDER**

25-cv-00287 (ER)

Ramos, D.J.:

    Richardson, who is currently incarcerated and proceeding *pro se*, brought this action on January 2, 2025. Doc. 1. On September 11, 2025, the Court issued an order, requesting that the Clerk of Court mail an information package to Richardson.[1] Doc. 8 at 2. The Clerk mailed the package to Richardson on September 12, 2025. Doc. 9. However, in a letter dated November 9, 2025, Richardson wrote the Clerk of Court stating that he had not received the package and requesting that it be sent. Doc. 23.

    Accordingly, the Clerk of Court is respectfully directed to mail Richardson an information package again.

It is SO ORDERED.

Dated:  November 24, 2025
             New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.

---

[1] The information package included: (1) a copy of the order of service or order to answer and other orders entered to date; (2) the individual practices of the district judge and magistrate judge assigned to the case; and (3) instructions for litigants who do not have attorneys. Doc. 9.