UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

              Plaintiff,

      – *against* –

CITY OF NEW YORK, CAPTAIN MOTA, LT.
GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O.
HOLIKA ESPINAL, TAMIKA POWELL, DANIEL
KISS, KIM THEODORE, *and* JAMES SECRETO,

              Defendants.

**ORDER**

25-cv-00287 (ER)

RAMOS, D.J.:

Richardson, who is currently incarcerated and proceeding *pro se*, brought this action on January 2, 2025. Doc. 1. On September 11, 2025, the Court issued an order, directing the Clerk of Court to mail an information package to Richardson. Doc. 8 at 2. The Clerk mailed the package to Richardson on September 12, 2025. Doc. 9. In a letter filed on November 17, 2025, Richardson wrote the Clerk of Court stating that he had not received the package and requesting that it be sent. Doc. 23. Accordingly, the Clerk mailed another information package to Richardson on November 25, 2025. *See* Docket Entry on November 25, 2025. In a letter dated December 5, 2025, and filed on December 11, 2025, Richardson wrote the Court seeking to amend his complaint and stating that he had not yet received the information package pursuant to the Court's September 11, 2025 order. Doc. 28 at 1.

First, the Court assumes that the information package mailed on November 25, 2025, was still in transit on December 5, 2025, when Richardson's most recent letter is dated. *See* Docket Entry November 25, 2025; Doc. 28 at 2. Richardson is directed to notify the Court by January 12, 2026, if he still has not received the information package at that time.

Second, Richardson is granted leave to amend his complaint, and he is directed to file the amended complaint by January 12, 2026. Accordingly, all of Defendants' deadlines to respond to the initial complaint are adjourned.

It is SO ORDERED.

Dated:    December 15, 2025
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2