UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

                    Plaintiff,

          – against –

CITY OF NEW YORK, CAPTAIN MOTA, LT.
GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O.
HOLIKA ESPINAL, TAMIKA POWELL, DANIEL
KISS, KIM THEODORE, JAMES SECRETO, and
TOUSSAINT FITTS,

                    Defendants.

**ORDER**

25-cv-00287 (ER)

RAMOS, D.J.:

Richardson, who is currently incarcerated and proceeding *pro se* and *in forma pauperis*, brought this action on January 2, 2025.  Doc. 1.  In a letter dated December 5, 2025, and filed on December 11, 2025, Richardson wrote the Court seeking to amend his complaint.  Doc. 28.  The Court granted this request on December 15, 2025, Doc. 29, and Richardson's first amended complaint was filed on December 16, 2025.  Doc. 30.  In a letter dated December 21, 2025, and filed January 2, 2026, Richardson wrote the Court requesting leave to file a second amended complaint and noting that he has not yet received an information package.[1]

First, the Court denies Richardson's request to file a second amended complaint.  A briefing schedule for defendants' proposed motions to dismiss the first amended complaint has already been established by the Court, *see* Docs 34, 35.  The motions to dismiss are due on

---

[1] The Clerk of Court mailed Richardson an information package on September 12, 2025, *see* Doc. 9.  Although the Court directed the Clerk of Court to mail a second information package on November 24, 2025, Doc. 24, the second information package was not mailed at that time.

**January 29, 2026**; Richardson's joint response to the motions to dismiss are due on **February 26, 2025**; and replies are due on **March 12, 2026**.

Second, today, January 6, 2026, the Clerk of Court mailed Richardson an information package. *See* Docket Entry dated January 6, 2026. Richardson is directed to notify the Court by January 20, 2026, if he has not received the information package at that time.

It is SO ORDERED.

Dated:    January 6, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2