UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

               Plaintiff,

        *– against –*

CITY OF NEW YORK, CAPTAIN MOTA, LT.
GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O.
HOLIKA ESPINAL, TAMIKA POWELL, DANIEL
KISS, KIM THEODORE, JAMES SECRETO, *and*
TOUSSAINT FITTS,

               Defendants.

**ORDER OF SERVICE**

25-cv-00287 (ER)

RAMOS, D.J.:

Richardson, who is currently incarcerated and proceeding *pro se* and *in forma pauperis* ("IFP"), brought this action on January 2, 2025. Doc. 1. In a letter dated December 5, 2025, and filed on December 11, 2025, Richardson wrote the Court seeking to amend his complaint. Doc. 28. The Court granted this request on December 15, 2025, Doc. 29, and Richardson's first amended complaint was filed on December 16, 2025. Doc. 30. In his amended complaint, Richardson added Defendant Toussaint Fitts. *Id.* at 1.[1]

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] On December 16, 2025, Richardson's affidavit of service was filed, which indicated that he mailed the amended complaint and summons to the Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. Doc. 31. However, a summons as to Fitts, who was newly added, has not yet been issued.

To allow Plaintiff to effect service on Fitts through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Fitts. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Fitts.

It is SO ORDERED.

Dated:    January 6, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2