UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

                    Plaintiff,

          – against –

CITY OF NEW YORK, CAPTAIN MOTA, LT.
GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O.
HOLIKA ESPINAL, TAMIKA POWELL, DANIEL
KISS, KIM THEODORE, JAMES SECRETO, and
TOUSSAINT FITTS,

                    Defendants.

**ORDER**

25-cv-00287 (ER)

RAMOS, D.J.:

        Richardson, who is currently incarcerated and proceeding *pro se* and *in forma pauperis*, brought this action on January 2, 2025.  Doc. 1.  On September 11, 2025, the Court directed the Clerk of Court to send Richardson an information package, Doc. 8.  The information package was mailed to Richardson on September 12, 2025.  *See* Doc. 9.  In a letter filed on November 17, 2025, Richardson stated that he had not received the information package.  Doc. 23.  The Court directed the Clerk of Court to re-send the information package on November 24, 2025, Doc. 24; however, the Clerk of Court did not do so at that time.

        In a letter filed on December 11, 2025, Richardson wrote the Court seeking to amend his complaint.  Doc. 28.  The Court granted this request on December 15, 2025, Doc. 29, and Richardson's first amended complaint was filed on December 16, 2025.  Doc. 30.  In a letter dated December 21, 2025, and filed on December 30, 2025, Richardson wrote the Court requesting leave to file a second amended complaint and noting that he had not yet received an information package.  Doc. 36.  On January 6, 2026, the Court denied Richardson's request to

file a second amended complaint and directed the Clerk of Court to mail Richardson an information package for a third time.  *See* Doc. 37 and Docket Entry dated January 6, 2026.

On January 27, 2026, Richardson filed a motion for reconsideration of the January 6, 2026 order denying him leave to file a second amended complaint.  Doc. 40.  Richardson states that had he received the information package prior to filing his first amended complaint, his first amended complaint would have properly complied with applicable federal rules of civil procedure.  *Id.*

The Court grants Richardson leave to file a second amended complaint.  **Richardson is directed to file a second amended complaint by March 4, 2026**.  Accordingly, defendants' motions to dismiss, Docs. 43 and 45, are dismissed without prejudice as moot, and all briefing deadlines associated with the motions to dismiss are adjourned.  The Clerk of Court is respectfully directed to terminate Richardson's motion for reconsideration, Doc. 40, and defendants' motions to dismiss, Docs. 43 and 45.

It is SO ORDERED.

Dated:    February 4, 2026
         New York, New York

EDGARDO RAMOS, U.S.D.J.