UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

Plaintiff,

*– against –*

CITY OF NEW YORK, CAPTAIN MOTA, LT. GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O. HOLIKA ESPINAL, TAMIKA POWELL, DANIEL KISS, KIM THEODORE, JAMES SECRETO, *and* TOUSSAINT FITTS,

Defendants.

**ORDER**

25-cv-00287 (ER)

RAMOS, D.J.:

Richardson, who is currently incarcerated and proceeding *pro se* and *in forma pauperis* brought this action on January 2, 2025. Doc. 1. In a letter dated December 21, 2025, and filed on December 30, 2025, Richardson wrote to the Court requesting leave to file a second amended complaint, which the Court denied on January 6, 2026. In a letter dated January 19th, and filed on January 27, 2026, Richardson sought reconsideration of the January 6, 2026 order, and added details as to why his motion to amend the complaint was necessary, Doc. 40. On January 29, 2026, Defendants filed two motions to dismiss. Doc. 43, 45.

On February 4, 2026, the Court granted Richardson leave to file a second amended complaint, directed him to do so by March 4, 2026, and mooted the two motions to dismiss. In a letter dated February 18th, but filed on March 4, 2026, Richardson opposed the two motions to dismiss. Doc. 52.[1] To date, Richardson's second amended complaint has not been filed.

[1] This document is improperly scanned and so Richardson's arguments are cut off and cannot be read. *See* Doc. 52.

On March 19, 2026, Defendants Kiss, Powell, Secreto, and Theodore wrote the Court, in part, seeking reinstatement of their motion to dismiss and new briefing schedule.  Doc. 53.

Because Richardson is *pro se* and incarcerated, the Court grants Richardson an extension to file his second amended complaint.  **Richardson is directed to file his second amended complaint by April 24, 2026.**  If he does not do so, Defendants' motions to dismiss the first amended complaint may be reinstated.

It is SO ORDERED.

Dated:     March 24, 2026
           New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2