UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

                    Plaintiff,

          – against –

CITY OF NEW YORK, CAPTAIN MOTA, LT.
GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O.
HOLIKA ESPINAL, TAMIKA POWELL, DANIEL
KISS, KIM THEODORE, JAMES SECRETO, *and*
TOUSSAINT FITTS,

                    Defendants.

**ORDER**

25-cv-00287 (ER)

RAMOS, D.J.:

Richardson, who is currently incarcerated and proceeding *pro se* and *in forma pauperis* brought this action on January 2, 2025.  Doc. 1.  In a letter dated December 21, 2025, and filed on December 30, 2025, Richardson wrote to the Court requesting leave to file a second amended complaint, which the Court denied on January 6, 2026.  In a letter dated January 19, 2026, and filed on January 27, 2026, Richardson sought reconsideration of the January 6 order and added details as to why his motion to amend the complaint was necessary, Doc. 40.  On January 29, 2026, Defendants filed two motions to dismiss.  Doc. 43, 45.  On February 4, 2026, the Court granted Richardson leave to file a second amended complaint, directed him to do so by March 4, 2026, and mooted the two motions to dismiss.  In a letter dated February 18, 2026, but filed on March 4, 2026, Richardson opposed the two motions to dismiss.  Doc. 52.  On March 24, 2026, the Court issued an order extending Richardson's deadline to file a second amended complaint until April 24, 2026.  Doc. 54.

In a letter dated March 24, 2026, and filed on March 31, 2026, Richardson informs the Court that he never received the Court's February 4 order and only learned that he was granted leave to file a second amended complaint when he received Defendants' March 19 letter, which referenced the previous order.  Doc. 55.  Richardson again requests leave to file a second amended complaint.  *Id.*

This case has been plagued with communication issues.  As such, and given Richardson's *pro se* and incarcerated status, the Court again grants Richardson leave to file a second amended complaint.  **Richardson is directed to file his second amended complaint by May 4, 2026.**  If he does not, Defendants' motions to dismiss the first amended complaint may be renewed.

It is SO ORDERED.

Dated:    April 3, 2026
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2