

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**INNA SHAPOVALOVA**
*Senior Counsel*
Tel.: (212) 356-2656
Fax: (212) 356-3509
inshapov@law.nyc.gov

April 22, 2026

**BY ECF**

**MEMO ENDORSED**
at page 2

Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    Devin Richardson v. City of New York, et al.
>         25 Civ. 00287 (ER)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and attorney representing defendants City of New York, New York City Police Department ("NYPD") Inspector Yerlin Moya, Lieutenant Gavin Hoop, Police Officer Husamedin Umer, and Police Officer Holika Espinal (hereinafter "City Defendants") in the above-referenced matter.[1] City Defendants write to respectfully request that their obligation to answer or otherwise respond to the Second Amended Complaint be held in abeyance until after the newly named Defendants have been served. This is the first request of its kind. The undersigned was unable to expediently obtain Plaintiff's position with respect to this request due to his current incarcerated status.

As the Court is aware, on February 4, 2026, the Court granted Plaintiff *pro se*, Devin Richardson, leave to file a Second Amended Complaint and dismissed without prejudice the previously filed motions to dismiss as moot. See ECF Nos. 43, 45, 50. On April 8, 2026, Plaintiff's Second Amended Complaint was entered on the docket, making City Defendants' response due April 22, 2026. ECF No. 57. Plaintiff's Second Amended Complaint added NYPD officers Keila

---

[1] This case has been assigned to Assistant Corporation Counsel Joseph Capio, who is awaiting admission to the New York State Bar. Mr. Capio is handling this matter under my supervision and may be reached at (212) 356-2318 or jcapio@law.nyc.gov.

Sanchez, Christopher Barsamian, Jeffrey Abreu, Jennifer Giannone, and Eduardo Mosquea as new Defendants in this action. <u>See</u> <u>id.</u> On April 16, 2026, the Court issued an Order of Service that, *inter alia*, denied without prejudice Defendants Secreto, Kiss, Powell, and Theodore's request for a proposed briefing schedule and noted that "defendants can submit a new request once service has been effectuated as to all defendants." ECF No. 59.

In light of the Court's April 16, 2026 Order of Service, City Defendants respectfully write to request that their obligation to answer or otherwise respond to the Second Amended Complaint be held in abeyance until after the newly named Defendants have been served.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division

CC:    **VIA FIRST-CLASS MAIL**
Devin Richardson
*Plaintiff pro se*
83574-053
MDC - Brooklyn
80 29th Street
Brooklyn, NY 11232

The request is granted.  The City Defendants' obligation to answer or otherwise respond to the second amended complaint is held in abeyance until the newly named defendants have been served.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  April 23, 2026
New York, New York

2