UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

                Plaintiff,

           – *against* –

CITY OF NEW YORK, CAPTAIN MOTA, LT.
GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O.
HOLIKA ESPINAL, TAMIKA POWELL, DANIEL
KISS, KIM THEODORE, JAMES SECRETO,
TOUSSAINT FITTS, P.O. KEILA SANCHEZ, P.O.
CHRISTOPHER BARSAMIAN, P.O. JEFFREY
ABREU, P.O. JENNIFER GIANNONE, *and* P.O.
EDUARDO MOSQUEA,

                Defendants.

**<u>Valentin Order</u>**

25-cv-00287 (ER)

<u>RAMOS</u>, D.J.:

      Richardson, who is currently incarcerated and proceeding *pro se* and *in forma pauperis*

("IFP"), brought this action on January 2, 2025 against several New York City Housing

Authority ("NYCHA") employees and police officers.  Doc. 1.  On December 16, 2026,

Richardson filed a first amended complaint, which added another NYCHA defendant, Toussaint

Fitts.  Doc. 30 at 1.  As Richardson is proceeding IFP, on January 6, 2026, the Court issued an

order of service as to Fitts.  Doc. 38.  On April 6, 2026, Richardson filed a second amended

complaint.  Doc. 57.  On April 15, 2026 a group of NYCHA defendants wrote the Court, in part

notifying the Court that Fitts had not yet been served.  Doc. 58.  On April 16, 2026, the Court

issued another order of service as to Fitts.  Doc. 59.  On May 8, 2026, summons was returned

unexecuted because "Fitts, T. has retired and no longer works at property."  Doc. 64.

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the second amended complaint, Richardson supplies sufficient information to permit NYCHA to identify former employee, Toussaint Fitts. It is therefore ordered that the New York City Law Department, which is the attorney for and agent of NYCHA, must ascertain the last known residential address for Fitts. The Law Department must provide this information to Richardson and the Court within thirty days of the date of this order. Once the Court has received this information, if necessary, it will issue an order directing the Clerk of Court to complete the USM-285 forms with the residential address for Fitts and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is directed to notify the New York City Law Department of this order. The Court requests that the New York City Law Department respond as directed.

It is SO ORDERED.

Dated:   May 12, 2026
         New York, New York

EDGARDO RAMOS, U.S.D.J.