UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN RICHARDSON,

Plaintiff,

*– against –*

CITY OF NEW YORK, CAPTAIN MOTA, LT. GAVIN HOOP, P.O. HUSAMEDIN UMER, P.O. HOLIKA ESPINAL, TAMIKA POWELL, DANIEL KISS, KIM THEODORE, JAMES SECRETO, TOUSSAINT FITTS, P.O. KEILA SANCHEZ, P.O. CHRISTOPHER BARSAMIAN, P.O. JEFFREY ABREU, P.O. JENNIFER GIANNONE, *and* P.O. EDUARDO MOSQUEA,

Defendants.

**ORDER OF SERVICE**

25-cv-00287 (ER)

RAMOS, D.J.:

On April 16, 2026, the Court entered an order of service directing the Clerk of Court to electronically notify the New York City Department of Correction and the New York City Police Department of that order. Doc. 59. The Court, in error, did not notify the New York City Department of Correction or the New York City Police Department. Accordingly, the Clerk of Court is directed to electronically notify the New York City Department of Correction, the New York City Police Department, and the New York City Law Department of this order. The Court requests that New York City Police Officers Keila Sanchez, Christopher Barsamian, Jeffrey Abreau, Jennifer Giannone, and Eduardo Mosquea waive service of summons.

It is SO ORDERED.

Dated: October 19, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.